UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  06-10400-RGS |
| | ) | |
| DAMION SMITH | ) | |
| | ) | |

ASSENTED-TO MOTION TO
CONTINUE FINAL REVOCATION HEARING

    Now comes counsel for Damion Smith and requests that the detention hearing in this case, currently scheduled for January 21, 2010, be continued to the afternoon of January 29, 2010.  As grounds for this motion, counsel needs additional time to prepare for the detention hearing.

                                                Respectfully submitted,
                                                DAMION SMITH
                                                By his attorney,

                                                /s/ Page Kelley
                                                Page Kelley
                                                  B.B.O. #548237
                                                Federal Defender Office
                                                51 Sleeper Street, 5th Floor
                                                Boston, MA  02210
                                                Tel: 617-223-8061

January 12, 2010

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 12, 2010.

                                                /s/ Page Kelley
                                                Page Kelley